**Reid Rubinstein & Bogatz**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
KERRY E. KLEIMAN, ESQ.
Nevada Bar No. 14071
300 South Fourth Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
kkleiman@rrblf.com
*Attorneys for Defendant American Express*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELINDA R. LECOURT<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMAITON SERVICES LLC, TRANSUNION, LLC; and AMERICAN EXPRESS COMPANY,<br><br>Defendants. | Case No.:  2:20-cv-00930-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR AMERICAN EXPRESS NATIONAL BANK TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT [ECF NO. #1] [FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MELINDA R. LECOURT, and Defendant, AMERICAN EXPRESS NATIONAL BANK (incorrectly designated in the Complaint as "American Express Company") (hereafter "AMEX"), by and through their undersigned counsel, that Defendant AMEX may have an additional time within which to answer or otherwise respond to Plaintiff's complaint [ECF No. 1], which was served on Defendant on May 28, 2020.

Therefore, the parties agree that the last day for AMEX to answer or otherwise respond to Plaintiff's complaint is Monday, July 20, 2020.

This request is made in good faith and not for the purpose of undue delay. This document is being electronically filed through the Court's CM/ECF System. Accordingly, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document and

has authorized defense counsel to affix his electronic signature hereto; and (3) a record supporting this concurrence could be made available if so ordered by this Court.

Dated this 15th day of June, 2020.

Respectfully submitted,

REID RUBINSTEIN & BOGATZ                 KIND LAW


By: */s/ Kerry E. Kleiman, Esq.*          By: */s/ Michael Kind, Esq.*
   I. Scott Bogatz, Esq.  (3367)              Michael Kind, Esq. (13903)
   Kerry E. Kleiman, Esq.  (14071)           **KIND LAW**
   **REID RUBINSTEIN & BOGATZ**              8860 S. Maryland Pkwy., Suite 106
   300 South Fourth Street, Suite 830        Las Vegas, Nevada 89123
   Las Vegas, Nevada 89101
   *Attorneys for Defendant*                 George Haines, Esq. (9411)
   *American Express National Bank*          **HAINES & KRIEGER, LLC**
                                             8985 S. Eastern Ave. Suite #350
                                             Las Vegas, NV 89123
                                             *Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED.


DATED this 16th day of June, 2020.



_____
UNITED STATES MAGISTRATE JUDGE