1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada 89169
   E-mail: jthompson@clarkhill.com
4  Telephone: (702) 862-8300
   Facsimile: (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8  UNITED STATES DISTRICT COURT
   DISTRICT OF NEVADA
9

10 MELINDA R. LECOURT,                         ) Case No. 2:20-cv-00930-APG-EJY
                                               )
11                Plaintiff,                   )
                                               )
12 vs.                                         ) **JOINT MOTION FOR EXTENSION OF**
                                               ) **TIME FOR DEFENDANT EQUIFAX**
13 EQUIFAX INFORMATION SERVICES LLC,           ) **INFORMATION SERVICES LLC TO**
   TRANSUNION, LLC, and AMERICAN               ) **FILE ANSWER**
14 EXPRESS COMPANY,                            )
                                               ) **FIRST REQUEST**
15                                             )
                  Defendants.                  )
16

17        Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

18 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

19 no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

20 AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

21 answer, move or otherwise respond to the Complaint in this action is extended from June 19,

22 2020 through and including **July 20, 2020**. The request was made by Equifax so that it can have

23 an opportunity to collect and review its internal files pertaining to the allegations in the

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

1  Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to
2  cause delay.
3       Respectfully submitted, this 18th day of June, 2020.

5  CLARK HILL PLLC                                   <u>*No opposition*</u>

6  By: /s/Jeremy J. Thompson                          /s/ Michael Kind
   Jeremy J. Thompson                                 Michael Kind
7  Nevada Bar No. 12503                               Kind Law
   3800 Howard Hughes Pkwy,                           8860 S. Maryland Parkway
8  Suite 500                                          Suite 106
9  Las Vegas, NV 89169                                Las Vegas, NV 89123
   Tel: (702) 862-8300                                Phone: (702) 337-2322
10 Fax: (702) 862-8400                                Fax: (702) 329-5881
   Email: jthompson@clarkhill.com                     mk@kindlaw.com
11

12 *Attorney for Defendant Equifax Information        George Haines, Esq.
   Services LLC*                                     Nevada Bar No. 9411
13                                                    HAINES & KRIEGER, LLC
                                                      8985 S. Eastern Ave., Suite 130
14                                                    Henderson, NV 89123
15                                                    Phone: (702) 880-5554
                                                      Fax: (702) 385-5518
16                                                    Email: ghaines@hainesandkrieger.com

17                                                    *Attorneys for Plaintiff*

20
   IT IS SO ORDERED:
21
22 *[signature]*
23 United States Magistrate Judge

24 DATED: June 19, 2020