# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA R. LECOURT,<br><br>    Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>    Defendants | Case No.: 2:20-cv-00930-APG-EJY<br><br>**Order** |

The proposed joint pretrial order is overdue. *See* ECF No. 30.

I THEREFORE ORDER the remaining parties to file the proposed joint pretrial order by May 7, 2021. The failure to do so may result in dismissal of this case without further notice.

DATED this 28th day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE